Thurlow Weed Barnes, Respondent, v. George M. Cumming, Appellant, Impleaded with Joseph A. Taylor.— Order modified as stated in order, and as so modified affirmed, without costs. No opinion.

In the Matter of the Application of Thomas C. Adamson, Appellant, for a Writ of Mandamus against William H. Edwards, Commissioner of Street Cleaning of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Walter M. Whitman, Respondent, v. Harry S. Morris and Alfred Wilmarth, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Max Schweiger, Appellant, v. Emanuel M. Block, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George Hoffman, Appellant, v. John L. Murray, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Wolf Brand and Morris Miller. — Motion to dismiss appeal granted, unless appellants comply with terms stated in order.

The People of the State of New York v. Peter M. Coco.— Motion to dismiss appeal granted.

The People of the State of New York v. Albertina Kaul.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

The People of the State of New York v. Adolph Keitel.— Motion to dismiss appeal granted.

The People of the State of New York v. William Mahoney and Others. — Motion to dismiss appeal granted unless appellants comply with terms stated in order.

The People of the State of New York v. Wallace W. Sweeney.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

The People of the State of New York v. Leo Vainaux.— Motion to dismiss appeal granted.

Excelsior Savings Bank of the City of New York v. Ramilana Realty Company, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.

Mary Hassard v. Timothy D. Lehane. — Motion to dismiss appeal denied.

Edward S. Wilson v. Napoleon B. Dotson.— Motion to dismiss appeal granted, with ten dollars costs.

Mortimer Foster and Others v. Walker G. Eylie.— Motion to dismiss appeal denied.

August Zinsser and Others v. Reinhart G. Koch and Others. (2 cases.) — Motions to dismiss appeals denied.

Color Photography Company, Limited, v. John J. Donohue, Impleaded, etc. (2 cases.) — Motions to dismiss appeals granted, with ten dollars costs.

Bridget J. Fleming v. The City of New York.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order.